AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br><br>ADAM CURTIS WILLIAMS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 16-2004 (JS)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 26, 2015__ in the county of __Cumberland__ in the _____ District of __New Jersey__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1791(a)(2) and (b)(3) | Adam Curtis Williams being an inmate at Federal Correctional Institution, Fairton ("FCI Fairton"), did knowingly and intentionally possess a prohibited object as defined in Title 18, United States Code, Section 1791(d)(1)(B), specifically, a knife, in violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(3). |

This criminal complaint is based on these facts:

See Attachments A and B.

☒ Continued on the attached sheet.

_____
Complainant's signature

Joseph P. Furey, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/15/2016

_____
Judge's signature

City and state: Camden, New Jersey

Hon. Joel Schneider, U.S.M.J.
*Printed name and title*

CONTENTS APPROVED

UNITED STATES ATTORNEY

By:_____
Assistant U.S. Attorney Diana Vondra Carrig
Date: March 15, 2016

# **ATTACHMENT A**

On or about May 26, 2015, in Cumberland County, in the District of New Jersey, and elsewhere, defendant,

## ADAM CURTIS WILLIAMS

being an inmate at Federal Correctional Institution, Fairton ("FCI-Fairton"), did knowingly and intentionally possess a prohibited object as defined in Title 18, United States Code, Section 1791(d)(1)(B), specifically, a knife.

In violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(3).

## ATTACHMENT B

I, Joseph P. Furey, Special Agent with the Federal Bureau of Investigation ("FBI"), have knowledge of the following facts based on my own investigation and upon conversations with other individuals involved in this investigation. I have not included all of the facts known to me in this affidavit, just those facts which I believe necessary to establish probable cause. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part:

1. I have been employed as a FBI Special Agent for approximately twenty-eight years, and am currently assigned to the Atlantic City Resident Agency of the Newark Division, located in Northfield, New Jersey, where I investigate violent crimes, including crimes which are committed at Federal Correctional Institution, Fairton ("FCI-Fairton") located in Cumberland County, New Jersey.

2. FCI-Fairton is a medium security facility for male offenders, and is a prison as defined in U.S.C. § 1791(d)(4). At all times relevant to this complaint, ADAM CURTIS WILLIAMS ("WILLIAMS") was an inmate at FCI-Fairton.

3. On May 26, 2015, at approximately 4:00 p.m., a Correctional Officer at FCI-Fairton conducted a search of WILLIAMS and found a knife hidden in his sweat shorts. The knife is a sharpened piece of metal, approximately six inches in length, with a taped handle.

4. After the Correctional Officer recovered the knife from WILLIAMS' shorts, the Officer further inspected the shorts and discovered a pocket that had been sewn into the front of the shorts which contained three bundles of torn paper with stains on them, a homemade pipe, a folded piece of paper containing a pink powdery substance and a toothbrush handle with two razor blades attached to it.

5. The stained paper was determined to weigh approximately 5 grams and it was field tested for the presence of narcotics and tested positive for the presence of heroin.

6. On May 29, 2015, WILLIAMS, after receiving and waiving his <u>Miranda</u> warnings, was interviewed by a Special Agent from the Federal Bureau of Investigation and an SIS Officer. During that interview WILLIAMS stated, in substance and in part, that the knife, toothbrush with razor blades affixed to the handles and heroin found on his person on May 26, 2015 belonged to him.